IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHN FITZPATRICK, | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 5:22-cv-00082-MTT-CHW |
| Warden LAWRENCE WHITTINGTON, | : | Proceedings Under 42 U.S.C. § 1983 |
| **Defendant.** | : | Before the U.S. Magistrate Judge |

## ORDER

Although this matter has been closed, Plaintiff has submitted two post-judgment motions to compel Defendant to respond to interrogatories (Doc. 44) and to produce documents (Doc. 45). In the first motion, Plaintiff states that he submitted the interrogatories, but they went unanswered. (Doc. 44). Plaintiff's second motion to compel does not provide any details about the documents that Plaintiff requested. (Doc. 45).

Plaintiff misunderstands the procedural posture of this case. Discovery never commenced in this case because the Court stayed discovery, except for the matter of exhaustion, pending the outcome of Defendant's motion to dismiss. (Doc. 31). Therefore, Defendant was not required to respond to Plaintiff's requests. On August 25, 2023, the District Court adopted a recommendation to grant Defendant's motion to dismiss and dismissed Plaintiff's case (Docs. 40, 41). Judgment was entered that same day. (Doc. 42). This case is closed. For these reasons, Plaintiff's motions to compel (Docs. 44, 45) are **DISMISSED as moot**.

**SO ORDERED**, this 19th day of October, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge